**Order entered April 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00982-CV

**JOHN H. GEORGE, Appellant**

**V.**

**MARIA GUADALUPE GEORGE, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

## ORDER

Before the Court is the April 24, 2019 request of court reporter Brooke Wagner for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **May 22, 2019**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE